**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**MICHAEL ROBINSON,**
  **Petitioner,**

**vs.**            **CASE NO.:  3:04cv172/MCR/MD**

**JAMES R. MCDONOUGH,**
  **Respondent.**

             /

**O R D E R**

   This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 31, 2006.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a de novo determination of those portions to which an objection has been made.

   Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

   Accordingly, it is now ORDERED:

   1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

   2. The 28 U.S.C. § 2254 petition for writ of habeas corpus (doc. 1) challenging the conviction and sentence in the case of *State of Florida v. Michael A. Robinson*, in the Circuit Court of Escambia County, Florida, case no. 99-1919-CF is DENIED, this cause is DISMISSED, and the clerk is directed to close the file.

   DONE AND ORDERED this 31st day of August, 2006.

         s/ *M. Casey Rodgers*

         **M. CASEY RODGERS**
         **UNITED STATES DISTRICT JUDGE**